14. CF. 2878. C      58,963-04

STEPHEN MILLER
# 637445
Dominguez Unit
6535 Cagnon Rd., San Antonio, TX. 78252

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 10 2015

Abel Acosta, Clerk

Honorable Court Clerk Abel Ocosta,
Court of Criminal Appeals, Austin, Texas

Re: Response to Reply to Correspondence seeking Cause No,

3.2.15

Dear Sir;
Since receiving your reply I have also received a SIGNED order by the Honorable Judge Galvan of the 94th District Court, Nueces County, Texas, ordering the Writ (11.07) that was previously replied to on 1.29.15, but His Honor's signature was missing at that time, hence your not having receiving said Writ (11.07). I regret bothering you again with this matter, but, if you can check again, I believe the Writ (11.07) will have showed up by now. Trusting in the Honorable Districts Courts integrity Notwithstanding.

For purposes on this unit to obtain legal material will you send me the Writ No, on above cause?

Thank You very much & God bless;
Sincerely; Stephen Miller